UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>KOHL'S DEPARTMENT STORES, INC.,  )<br>)<br>)<br>Defendant.  ) | Civil No. 2:11-cv-00320-JAW |

## J U D G M E N T

Pursuant to the Order entered by the Court on January 8, 2014 granting Defendant's Motion for Summary Judgment;

JUDGMENT is hereby entered for defendant Kohl's Department Stores, Inc. as against the plaintiff Equal Employment Opportunity Commission.

CHRISTA K. BERRY, CLERK

/s/Julie G. Walentine
Deputy Clerk

Dated this 8th day of January, 2014.